UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTHER OREGON, an individual, and dba MEX TAX SERVICE<br><br>Defendants. | No.  1:21-cv-00461-JTL-BAM<br><br>**ORDER RESETTING HEARING (Doc. 18)**<br><br>Date: June 16, 2022<br>Time: 1:45 p.m. PT<br>Courtroom: Rm 3, 7th Floor<br>Judge: Jennifer L. Thurston<br>Action Filed: March 19, 2021 |

The United States and Esther Oregon's motion to reset the hearing on why the Court should not hold Ms. Oregon in contempt of the obligations under the permanent injunction is **GRANTED.**

The parties are **ORDERED** to appear **IN PERSON** before the Court at Courtroom 3 (ceremonial courtroom), on June 16, 2022 at 1:45 p.m. in the United States Courthouse, 2500 Tulare Street (7th Floor), Fresno, California 93721.

The United States **SHALL** personally serve Defendant with a copy of this Order and all papers related to its motion no later than **May 10, 2022**, and shall promptly file proof of service with the Court.

Defendant is advised that she has the right to be represented by counsel at this hearing. Defendant is **WARNED** that failure to comply with this order may subject her to contempt sanctions, including monetary sanctions. **Defendant is further cautioned that her failure to**

1

1 **appear at the hearing may result in the issuance of a warrant for her arrest**.

IT IS SO ORDERED.

Dated: __**May 5, 2022**__                          /s/ Jennifer L. Thurston
                                                                UNITED STATES DISTRICT JUDGE