1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  1:21-cv-00461-JTL-BAM

12              Plaintiff,                   **ORDER GRANTING JOINT MOTION AND**
                                             **APPROVING THE PARTIES' STIPULATION**
13       v.

14   ESTHER OREGON, an individual, and
     dba MEX TAX SERVICE
15
              Defendants.
16

17       Upon consideration of the parties' joint motion and stipulation resolving the United

18   States' motion for order to show cause, it is **HEREBY ORDERED** that:

19       1.    The parties' joint motion is **GRANTED**.

20       2.    The parties' stipulation resolving the United States' motion for order to show

21   cause is **APPROVED**.

22       3.    Defendant Oregon shall make regular installment payments to the United States,

23   totaling $50,000 over a forty-eight-month period, on the dates and in the amounts listed in the

24   attached Payment Schedule.

25       4.    Defendant Oregon may fully pay the balance of the $50,000 at any time during

26   the forty-eight-month period.

27   ///

28   ///

                                             1

1         5.      Within seven days of the entry of this Order, Defendant Oregon will take the steps

2    necessary to arrange for these installment payments to be made via ACH debiting, consistent

3    with the instructions from the Department of Justice, Tax Division's Financial Litigation Unit.

4         6.      The United States' motion for order to show cause, having been resolved through

5    stipulation amongst the parties, is **DENIED** as moot.

6         7.      The Court's judgment and permanent injunction, (Doc. 16), remains in place and

7    nothing in this Order affects it. As such, the United States may continue to monitor Defendant

8    Oregon's compliance with the injunction and engage in post-judgment discovery in accordance

9    with the Federal Rules of Civil Procedure to ensure compliance. Further, the Court shall retain

10   jurisdiction over Defendant Oregon and over this action to implement and enforce the permanent

11   injunction and this Order.

12        8.      Failure to comply with this Order may result in a finding of contempt against

13   Defendant Oregon.

14

15   IT IS SO ORDERED.

16      Dated:   **September 27, 2022**                  _____

17                                           UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

| | Payment Schedule | | | |
|---|---|---|---|---|
| 1 | | **Period** | **Date** | **Amount** | **Balance** |

| Period | Date | Amount | Balance |
|---|---|---|---|
| | | | $50,000.00 |
| 1 | 10/1/2022 | $1,042.00 | $48,958.00 |
| 2 | 11/1/2022 | $1,042.00 | $47,916.00 |
| 3 | 12/1/2022 | $1,042.00 | $46,874.00 |
| 4 | 1/1/2023 | $1,042.00 | $45,832.00 |
| 5 | 2/1/2023 | $1,042.00 | $44,790.00 |
| 6 | 3/1/2023 | $1,042.00 | $43,748.00 |
| 7 | 4/1/2023 | $1,042.00 | $42,706.00 |
| 8 | 5/1/2023 | $1,042.00 | $41,664.00 |
| 9 | 6/1/2023 | $1,042.00 | $40,622.00 |
| 10 | 7/1/2023 | $1,042.00 | $39,580.00 |
| 11 | 8/1/2023 | $1,042.00 | $38,538.00 |
| 12 | 9/1/2023 | $1,042.00 | $37,496.00 |
| 13 | 10/1/2023 | $1,042.00 | $36,454.00 |
| 14 | 11/1/2023 | $1,042.00 | $35,412.00 |
| 15 | 12/1/2023 | $1,042.00 | $34,370.00 |
| 16 | 1/1/2024 | $1,042.00 | $33,328.00 |
| 17 | 2/1/2024 | $1,042.00 | $32,286.00 |
| 18 | 3/1/2024 | $1,042.00 | $31,244.00 |
| 19 | 4/1/2024 | $1,042.00 | $30,202.00 |
| 20 | 5/1/2024 | $1,042.00 | $29,160.00 |
| 21 | 6/1/2024 | $1,042.00 | $28,118.00 |
| 22 | 7/1/2024 | $1,042.00 | $27,076.00 |
| 23 | 8/1/2024 | $1,042.00 | $26,034.00 |
| 24 | 9/1/2024 | $1,042.00 | $24,992.00 |
| 25 | 10/1/2024 | $1,042.00 | $23,950.00 |
| 26 | 11/1/2024 | $1,042.00 | $22,908.00 |
| 27 | 12/1/2024 | $1,042.00 | $21,866.00 |
| 28 | 1/1/2025 | $1,042.00 | $20,824.00 |
| 29 | 2/1/2025 | $1,042.00 | $19,782.00 |
| 30 | 3/1/2025 | $1,042.00 | $18,740.00 |
| 31 | 4/1/2025 | $1,042.00 | $17,698.00 |
| 32 | 5/1/2025 | $1,042.00 | $16,656.00 |
| 33 | 6/1/2025 | $1,042.00 | $15,614.00 |
| 34 | 7/1/2025 | $1,042.00 | $14,572.00 |
| 35 | 8/1/2025 | $1,042.00 | $13,530.00 |
| 36 | 9/1/2025 | $1,042.00 | $12,488.00 |
| 37 | 10/1/2025 | $1,042.00 | $11,446.00 |
| 38 | 11/1/2025 | $1,042.00 | $10,404.00 |
| 39 | 12/1/2025 | $1,042.00 | $ 9,362.00 |
| 40 | 1/1/2026 | $1,042.00 | $ 8,320.00 |
| 41 | 2/1/2026 | $1,042.00 | $ 7,278.00 |
| 42 | 3/1/2026 | $1,042.00 | $ 6,236.00 |
| 43 | 4/1/2026 | $1,042.00 | $ 5,194.00 |
| 44 | 5/1/2026 | $1,042.00 | $ 4,152.00 |
| 45 | 6/1/2026 | $1,042.00 | $ 3,110.00 |
| 46 | 7/1/2026 | $1,042.00 | $ 2,068.00 |
| 47 | 8/1/2026 | $1,042.00 | $ 1,026.00 |
| 48 | 9/1/2026 | $1,026.00 | $    - |

3